# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01594-GPG

MARTHA JUNE LUKE,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion for discovery (ECF No. 7) is DENIED as premature.

Dated:  August 6, 2015