**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01594-GPG

MARTHA JUNE LUKE,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion (ECF No. 10) apparently requesting an extension of time is GRANTED and Plaintiff shall have up to and including **October 2, 2015**, to file an amended complaint. Plaintiff is reminded that the instant action will be dismissed without further notice if she fails to file an amended complaint as directed within the time allowed.

    Plaintiff's Motion to Add (ECF No. 12) and Motion to Move (ECF No. 13) are DENIED without prejudice because it is not clear what relief Plaintiff seeks in those motions. Plaintiff's Motion to the Court (ECF No. 14) requesting that this action be transferred to another judge is DENIED.

Dated:  September 3, 2015